**Order filed September 26, 2017**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00588-CR**

_____

**SEANDRIC THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1421886**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect **Defendant's Exhibit 1, the presentence investigation report, and Defendant's Exhibit 2, material for the presentence investigation report.**

The clerk of the 228th District Court is directed to deliver to the Clerk of this court copies of Defendant's Exhibit 1, the presentence investigation report, and Defendant's Exhibit 2, material for the presentence investigation report, on or before **October 11, 2017.**

PER CURIAM